UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| J.C. BROWN, SPRIRIT OF AMERICA CORPORATION, AND AMAZE-N-TOW, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CAUSE NO.   1: 06cv218 |
| ESLER C. WALKER, | ) ) ) | |
| Defendant. | ) | |

**OPINION and ORDER**

This matter is before the Court on the Plaintiffs' motion (DE# 50) seeking an order compelling the Defendant, Esler C. Walker, to submit to a deposition on August 29, 2007, at 9:00 a.m., as well as Walker's motion (DE# 48) requesting that any deposition be scheduled 90 days after any ruling on his motion for summary judgment (DE# 40).  On August 6, 2007, however, the Court granted the Plaintiffs' Motion to Dismiss Counterclaim and Third Party Defendant Elliott's Motion to Dismiss, rendering Walker's Motion for Summary Judgment moot (DE# 51).

With Walker's motion for summary judgment now moot, there does not appear to be any basis, if there ever was one, for extending the date for Walker's deposition.  Indeed, with the close of discovery set for October 15, 2007, it is essential that discovery proceed with all possible speed so it can be concluded on time. Therefore, the Court will deny Walker's motion for an extension of time.

As for the Plaintiffs' motion compelling Walker to appear for a deposition, it appears that Walker failed to appear for a prior scheduled deposition on July 11, 2007, although at the time his motion for an extension of time was pending.  It has not been shown that Walker will fail to appear for the deposition currently scheduled upon notice as Fed. R. Civ. P. 30(b) requires, and therefore the Court will deny Plaintiff's motion.  Walker is admonished, however, that if he fails to appear for his deposition pursuant to that notice, sanctions may be imposed under Fed. R. Civ. P. 30(d), including those set out in Fed. R. Civ. P. 37(b)(2)(A)(B)(C).  SO ORDERED.

Enter: August 7, 2007.

S/Roger B. Cosbey  
Roger B. Cosbey  
United States Magistrate Judge