UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| J.C. BROWN, SPRIRIT OF AMERICA CORPORATION, AND AMAZE-N-TOW, LLC, </br></br>Plaintiffs,</br></br>ESLER C. WALKER,</br></br>Defendant. | )</br>)</br>)</br>)</br>)</br>)</br>)  CAUSE NO. 1: 06cv218</br>)</br>)</br>)</br>) |

**OPINION and ORDER**

This matter is before the Court on the Defendant's Motion to Strike (DE# 52) filed on August 6, 2007, in which the *pro se* Defendant seeks to strike the Objection (DE# 49) the Plaintiffs filed to his Motion for Extension of Time to Appear for Deposition(DE# 48).

As recounted in the Opinion and Order (DE# 53) entered on August 7, 2007, however, the Defendant's Motion for Extension of Time to Appear for Deposition was denied (grounded as it was on his Motion for Summary Judgment which Judge Springmann declared moot in an Opinion and Order entered on August 6, 2007) and therefore his Motion to Strike is similarly rendered MOOT.

SO ORDERED.

Enter: August 10, 2007.

                                              S/Roger B. Cosbey
                                              Roger B. Cosbey
                                              United States Magistrate Judge