UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| J.C. BROWN, SPIRIT OF AMERICA CORPORATION, and AMAZE-N-TOW®, LLC,  Plaintiffs,  vs.  ESLER C. WALKER,  Defendant. | Case No. 1:06-CV-0218 |

### PLAINTIFFS' MOTION TO QUASH SUBPOENAS DUCES TECUM ISSUED TO BRIAN FUNNELL, PAUL O'MALLEY, AND SUSAN FIRESTONE, MOTION FOR SHOW CAUSE ORDER, AND MOTION FOR SANCTIONS AGAINST THE DEFENDANT

The Plaintiffs, J.C. Brown, Spirit of America Corporation, and Amaze-N-Tow, LLC, by counsel, pursuant to Rule 45(c) of the Federal Rules of Civil Procedure, respectfully request that the Court quash the subpoena duces tecum issued to Brian Funnell on June 9, 2009, the subpoena duces tecum issued to Paul O'Malley on June 9, 2009, and the subpoena issued to Susan Firestone on June 9, 2009. Further, the Plaintiffs respectfully request that the Court issue a show cause order to the Defendant asking him to inform the Court of the names and addresses of any other individuals or entities that he may have served subpoenas and requests for production of documents on. In addition, the Plaintiffs respectfully request that the Court impose sanctions against the Defendant, pursuant to Rule 37 and Rule 45(c) of the Federal Rules of Civil Procedure. Contemporaneously with this Motion, the Plaintiffs have filed a Brief in Support of their Motion to Quash Subpoenas Duces Tecum issued to Brian Funnell, Paul O'Malley, and Susan Firestone, Motion for Show Cause Order, and Motion for Sanctions against the Defendant.

Respectfully submitted,

BECKMAN LAWSON, LLP

*/s/ Brian C. Heck*
Matthew J. Elliott, #21242-02
  melliott@beckmanlawson.com
Brian C. Heck, #22389-02
  bheck@beckmanlawson.com
Post Office Box 800
200 East Main Street
Fort Wayne, Indiana 46801-0800
Telephone:  260.422.0800
Facsimile:  260.420.1013

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 22, 2009, he sent this document by e-mail to amazentow@earthlink.net and Esler.Walker@earthlink.net and deposited it in the United States Postal mail to be mailed by first class mail to the following:

Esler C. Walker, Jr.
166 Cherry Stone Walk
Dahlonega, GA 30533

*/s/ Brian C. Heck*
Brian C. Heck