# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| J.C. BROWN, SPIRIT OF AMERICA CORPORATION, and AMAZE-N-TOW®, LLC,  )<br><br>Plaintiffs,  )<br><br>vs.  )<br><br>ESLER C. WALKER,  )<br><br>Defendant.  ) | Case No. 1:06-CV-0218 |

## MOTION TO QUASH SUBPOENAS DUCES TECUM ISSUED TO PAUL O'MALLEY AND SUSAN FIRESTONE

Non-parties, Paul W. O'Malley and Susan L. Firestone, appearing pro se, pursuant to Rule 45(c) of the Federal Rules of Civil Procedure, respectfully request that Court quash the subpoena duces tecum issued to Paul O'Malley and Susan Firestone. Non-parties Paul W. O'Malley and Susan L. Firestone adopt the Brief in Support of Plaintiffs' Motion Quash Subpoenas Duces Tecum already filed with the court. Contemporaneously with this motion, the Non-Parties have filed a Brief in Support of their Motion to Quash. Non-parties O'Malley and Firestone do not waive proper service of the Subpoenas Duces Tecum and Requests for Production and reserve the right to bring objections to the Requests.

        Respectfully submitted,

        */s/ Paul W. O'Malley*
        Paul W. O'Malley, #10157-02
         pwomalley@fwpatent.com

        */s/ Susan L. Firestone*
        Susan L. Firestone, #16035-02
         slfirestone@fwpatent.com
        O'Malley and Firestone
        919 S. Harrison St., Suite 210
        Fort Wayne, Indiana 46802
        Tel.: 260.407.3907
        Fax.: 260.407.3908

## **Certificate of Service**

I hereby certify that on June 25, 2009, I electronically filed this document with the Clerk of the Court using the CM/ECF system to the following attorneys of record:

Matthew J. Elliott
  melliott@beckmanlawson.com
Brian C. Heck.
  bheck@beckmanlawson.com
Beckman Lawson, LLP
P.O. Box 800
Fort Wayne, IN  46801-08001

Attorneys for Plaintiffs


I hereby certify that on June 25, 2009, I sent by first class mail a copy of this document to:

Esler C. Walker, Jr.
166 Cherrystone Walk
Dahlonega, GA  30533

        /s / Susan L. Firestone
        Susan L. Firestone