**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| J.C. BROWN, SPIRIT OF AMERICA CORPORATION, and AMAZE-N-TOW®, LLC, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>ESLER C. WALKER, )<br><br>Defendant. ) | Case No. 1:06-CV-0218 |

**NON-PARTIES' BRIEF IN SUPPORT OF THEIR MOTION TO QUASH SUBPOENAS DUCES TECUM ISSUED TO PAUL O'MALLEY AND SUSAN FIRESTONE**

Non-parties, Paul W. O'Malley, *pro se*, and Susan L. Firestone, *pro se*, submit this Brief in Support of their Motion To Quash Subpoenas Duces Tecum.

I.   Background

Non-parties O'Malley and Firestone adopt the Background statement of Plaintiffs and add the following points. Paul W. O'Malley and Susan L. Firestone are Patent Attorneys engaged in the practice of law in Fort Wayne and represent the Plaintiffs in certain intellectual property matters. The Requests for Production of Documents, which accompanied the Subpoenas Duces Tecum, were received in our offices on June 11, 2009 and were not signed.

Additionally, Defendant Walker has engaged in questionable litigation tactics with respect to Non-parties O'Malley and Firestone. On September 10, 2007, subsequent to initiation of the present action, Defendant Walker filed a civil complaint in the Northern District of Georgia (Cause No. 2-07-CV-0105) against Susan Lorraine Firestone and Paul W. O'Malley. The Georgia action also named Brian C. Heck and Matthew J. Elliot (counsel for the Plaintiffs in the present action), the present Plaintiffs as defendants, as well as several of the Plaintiff Spirit of America's employees. Without proper service of process or engaging in discovery, Defendant Walker filed a Motion for Summary Judgment in the Georgia action. The Georgia case was eventually dismissed based on defective service of process. Defendant Walker also filed a grievance with the Indiana disciplinary commission against Susan L. Firestone. The grievance was also dismissed.

II. Argument

Rule 26(g)(1) states in part:

"[E]very discovery request . . . must be signed by at least one attorney of record in the attorney's own name – or by the party personally if unrepresented . . . By signing, an attorney or party certifies that to the best of the person's knowledge, information and belief formed after a reasonable inquiry:

. . .

(B) with respect to a discovery request, response, or objection,

2

it is:

. . .

(ii) not interposed for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increases the cost of litigation;"

The Defendant has demonstrated in the course of just these two actions and a grievance some skill for manipulating the judicial process.  The omission of his signature from the Requests may be construed by the Court as intentional and the inference drawn that harassment and unnecessary delay were Defendant's purpose. In addition to quashing the Subpoenas Duces Tecum, sanctions and protective orders for non-parties would be appropriate at the discretion of the Court.

Respectfully submitted,

 */s/ Paul W. O'Malley*
Paul W. O'Malley, #10157-02
 pwomalley@fwpatent.com

 */s/ Susan L. Firestone*
Susan L. Firestone, #16035-02
 slfirestone@fwpatent.com
O'Malley and Firestone
919 S. Harrison St., Suite 210
Fort Wayne, Indiana 46802
Tel.: 260.407.3907
Fax.: 260.407.3908

3

## **Certificate of Service**

I hereby certify that on June 25, 2009, I electronically filed this document with the Clerk of the Court using the CM/ECF system to the following attorneys of record:

Matthew J. Elliott
  melliott@beckmanlawson.com
Brian C. Heck.
  bheck@beckmanlawson.com
Beckman Lawson, LLP
P.O. Box 800
Fort Wayne, IN  46801-08001

Attorneys for Plaintiffs

I hereby certify that on June 25, 2009, I sent by first class mail a copy of this document to:

Esler C. Walker, Jr.
166 Cherrystone Walk
Dahlonega, GA  30533

*pro se*

/s / Susan L. Firestone
Susan L. Firestone